# EXHIBIT A

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

David Schaeffer,

vs.

City of Redding, et al.,

CASE NO:  2:26–CV–01665–TLN–DMC

### SUMMONS IN A CIVIL CASE

TO:  *(Defendant's Name and Address)*

**City of Redding, Bailey Odell**

**YOU ARE HEREBY SUMMONED.**

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff at the address below an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure and file the answer or motion with the Clerk of Court.

**Dale K. Galipo**
**Law Offices of Dale K. Galipo**
**21800 Burbank Blvd., Suite 310**
**Woodland Hills, CA 91367**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

**KEITH HOLLAND**
_____
CLERK

**/s/  A. Benson**
_____
(By) DEPUTY CLERK



ISSUED ON 2026–04–29 11:14:27
CLERK, USDC EDCA

## RETURN OF SERVICE

### Case No:  2:26-CV-01665-TLN-DMC

| NAME OF DEFENDANT SERVED<br>**Christina Sims, Business License Specialist,**<br>**Authorized person to accept on behalf of City of Redding** | DATE OF SERVICE<br>**4/30/2026 at 2:46 PM** |
|---|---|
| NAME OF SERVER *(PRINT)*<br>**Lacey Dungan** | TITLE<br>**California Registered process server** |

***Check one box below to indicate appropriate method of service:***

[X]  Served personally upon the defendant. Place where served: **777 Cypress Avenue, Redding, CA 96001**

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 189.18 |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____**5/8/2026**_____
Date

*Signature of Server*

**Additionally, the following documents were served, "COMPLAINT, CIVIL COVER SHEET, INITIAL PRETRIAL SCHEDULING ORDER, MAGISTRATE JUDGE CONSENT IN CIVIL CASES, CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION"**

**Ace Attorney Service, Inc.**
**800 South Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979/Fax: (213) 260-6001**
**Registration No.: PS309 / County: SHASTA**

*Address of Server*