LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHAEFFER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING; BAILEY ODELL;<br>and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:26-cv-01665-TLN-DMC**<br>*Honorable Troy L. Nunley*<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THE HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby submits this proof of service of the Complaint, Summons, and other documents on Defendant Officer Bailey Odell.  (attached hereto as Exhibit "A").

DATED:  May 20, 2026                    LAW OFFICES OF DALE K. GALIPO

By  /s/ *Dale K. Galipo*
    Dale K. Galipo
    Eric Valenzuela
    Attorneys for Plaintiffs

-2-
PROOF OF SERVICE