DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF REDDING and BAILEY ODELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REDDING COURTHOUSE

| | |
|---|---|
| DAVID SCHAEFFER,<br><br>                    Plaintiff,<br><br>           v.<br><br>CITY OF REDDING; BAILEY ODELL;<br>and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:26-cv-01665-TLN-DMC<br><br>**DEFENDANTS CITY OF REDDING AND BAILEY ODELL'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |

1.      In answer to the allegations of paragraph 1 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

2.      In answer to the allegations of paragraph 2 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

3.      In answer to the allegations of paragraph 3 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

///

1425341.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, California 94104

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

4.    In answer to the allegations of paragraph 4 of the complaint, admitted but for Does 1-5, and Does 1-10, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.  At line 15 "And DOES 1-10," these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

5.    In answer to the allegations of paragraph 5 of the complaint, admitted but for Does 1-10.

6.    In answer to the allegations of paragraph 6 of the complaint, admitted but for Does 1-10.

7.    In answer to the allegations of paragraph 7 of the complaint, admitted, but for Does 1-10.

8.    In answer to the allegations of paragraph 8 of the complaint, admitted.

9.    In answer to the allegations of paragraph 9 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

10.    In answer to the allegations of paragraph 10 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

11.    In answer to the allegations of paragraph 11 of the complaint, admitted

12.    In answer to the allegations of paragraph 12 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

13.    In answer to the allegations of paragraph 13 of the complaint, admitted.

1425341.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

14. In answer to the allegations of paragraph 14 of the complaint, admitted up to line 1 ending at "face."  For the rest of the sentence, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

15. In answer to the allegations of paragraph 15 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

16. In answer to the allegations of paragraph 16 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

17. In answer to the allegations of paragraph 17 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

18. In answer to the allegations of paragraph 18 of the complaint, admitted.

19. In answer to the allegations of paragraph 19 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

20. In answer to the allegations of paragraph 20 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

21. In answer to the allegations of paragraph 21 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

22. In answer to the allegations of paragraph 22 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

ANSWER
2:26-CV-01665-TLN-DMC

1425341.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

23. In answer to the allegations of paragraph 23 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

24. In answer to the allegations of paragraph 24 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

25. In answer to the allegations of paragraph 25 of the complaint, admitted.

26. In answer to the allegations of paragraph 26 of the complaint, admitted.

27. In answer to the allegations of paragraph 27 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

28. In answer to the allegations of paragraph 28 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

29. In answer to the allegations of paragraph 29 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

30. In answer to the allegations of paragraph 30 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

31. In answer to the allegations of paragraph 31 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

32. In answer to the allegations of paragraph 32 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

ANSWER
2:26-CV-01665-TLN-DMC

1425341.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

33.    In answer to the allegations of paragraph 33 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

34.    In answer to the allegations of paragraph 34 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

35.    In answer to the allegations of paragraph 35 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

36.    In answer to the allegations of paragraph 36 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

37.    In answer to the allegations of paragraph 37 of the complaint, admitted.

38.    In answer to the allegations of paragraph 38 of the complaint, admitted.

39.    In answer to the allegations of paragraph 39 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

40.    In answer to the allegations of paragraph 40 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

41.    In answer to the allegations of paragraph 41 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

42.    In answer to the allegations of paragraph 42 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

1425341.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

43. In answer to the allegations of paragraph 43 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

44. In answer to the allegations of paragraph 44 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

45. In answer to the allegations of paragraph 45 of the complaint, admitted.

46. In answer to the allegations of paragraph 46 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

47. In answer to the allegations of paragraph 47 of the complaint, these defendants admit said allegations at line 11 ending at "PLAINTIFF". Defendants deny the allegation beginning at "causing" and ending at "vehicle".

48. In answer to the allegations of paragraph 48 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

49. In answer to the allegations of paragraph 49 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

50. In answer to the allegations of paragraph 50 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

51. In answer to the allegations of paragraph 51 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

ANSWER
2:26-CV-01665-TLN-DMC

1425341.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

52.     In answer to the allegations of paragraph 52 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

53.     In answer to the allegations of paragraph 53 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

54.     In answer to the allegations of paragraph 54 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

55.     In answer to the allegations of paragraph 55 of the complaint, admitted.

56.     In answer to the allegations of paragraph 56 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

57.     In answer to the allegations of paragraph 57(a) – (g) of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

58.     In answer to the allegations of paragraph 58 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

59.     In answer to the allegations of paragraph 59 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

60.     In answer to the allegations of paragraph 60 of the complaint, admitted.

61.     In answer to the allegations of paragraph 61 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and

ANSWER
2:26-CV-01665-TLN-DMC

1425341.1

singular, the allegations contained therein.

62. In answer to the allegations of paragraph 62 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

63. In answer to the allegations of paragraph 63 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

64. In answer to the allegations of paragraph 64 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

65. In answer to the allegations of paragraph 65 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

66. In answer to the allegations of paragraph 66 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

67. In answer to the allegations of paragraph 67 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

68. In answer to the allegations of paragraph 68 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

69. In answer to the allegations of paragraph 69 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

70. In answer to the allegations of paragraph 70 of the complaint, admitted.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER
2:26-CV-01665-TLN-DMC

1425341.1

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff's cause of action is barred by reason of the provisions of California Code of Civil Procedure sections 335.1, 340, and 343.

### SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Defendants' alleged employee mentioned in plaintiff's complaint was, at all times, a duly qualified, appointed and acting police officer of City of Redding and peace officer of the State of California and in accordance with the Constitution of the United States and the State of California and the laws of the United States and the laws of the State of California; and at all times mentioned herein, said officer was engaged in the performance of his regularly assigned duties within the scope of his duties as a peace officer of the City of Redding.

### THIRD AFFIRMATIVE DEFENSE

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

These answering defendants acted in good faith and with a reasonable belief that the actions were lawful and further did not directly or indirectly perform any acts whatsoever which would constitute a breach of any duty owed to plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

The acts of these answering defendants was lawful and proper and in all respects was reasonable and legal.

///

///

ANSWER
2:26-CV-01665-TLN-DMC

1425341.1

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

In this connection probable cause existed to believe that plaintiff had committed a public offense and, therefore, probable cause existed to detain and/or arrest plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

At all times relevant to this litigation, plaintiff was subject to restraint as was reasonably necessary for his detention and/or arrest.

## SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

At all times relevant to this litigation, reasonable cause existed to believe that plaintiff had committed a public offense and, therefore, reasonable force was used to effect plaintiff's arrest, to prevent escape or to overcome resistance.

## EIGHTH AFFIRMATIVE DEFENSE

AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

At all times relevant to this litigation, plaintiff consented either expressly or impliedly, to any such acts or conduct as may be shown on the part of these answering defendants.

## NINTH AFFIRMATIVE DEFENSE

AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Defendants are immune from 42 U.S.C. §1983 liability pursuant to the doctrine of qualified immunity.  See *White v. Pauly*, 137 S. Ct. 548 (2017), *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) and *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).

///

10

1425341.1

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## TENTH AFFIRMATIVE DEFENSE

AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff has wholly failed to plead facts which give rise to any colorable claim for punitive or exemplary damages against defendants, nor do any such facts exist.

## ELEVENTH AFFIRMATIVE DEFENSE

AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff's claims for punitive or exemplary damages violate defendants' right to procedural due process, substantive due process, and protection from "excessive" fines as guaranteed by the Fifth, Fourteenth, and Eighth Amendments to the United States Constitution, respectively, and the Constitution of the State of California.

## TWELFTH AFFIRMATIVE DEFENSE

AS AND FOR A TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

That plaintiff was himself negligent and careless in and about the matters and events set forth in the complaint, and that said negligence contributed to his alleged injuries and/or damages. A verdict of the jury in favor of plaintiff, if any, which may be rendered in this case must therefore be reduced by the percentage that plaintiff's negligence contributed to the accident and injuries complained of, if any there were.

## THIRTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

That the complaint does not state facts sufficient to constitute a cause of action against these answering defendants.

///

///

///

ANSWER
2:26-CV-01665-TLN-DMC

1425341.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## FOURTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff's cause of action is barred by reason of the provisions of California Code of Civil Procedure sections 335.1, 340, and 343.

## FIFTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff failed to mitigate his damages.

## SIXTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff was guilty of willful misconduct and wanton and reckless behavior in and about the matters and events set forth in said complaint; and that said willful misconduct and wanton and reckless behavior contributed to the injuries and damages alleged, if any there were.

## SEVENTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

That plaintiff willfully, wrongfully, unlawfully, and without just cause or provocation made an assault and battery against and upon the person of defendant; defendant thereupon necessarily defended himself and such acts of force complained of were committed in the necessary protection of defendant's body and person.

Prior to the time when defendant is alleged to have committed the acts complained of, plaintiff willfully, wrongfully, and unlawfully made an assault upon defendant and would have beaten, bruised, and ill-treated him if defendant had not immediately defended himself against said assault; and in so doing, defendant necessarily and unavoidably came in contact with plaintiff and threatened plaintiff, but no more than was necessary for said defense.

///

1425341.1

Any damages or injuries suffered by plaintiff were occasioned by his own wrongful acts; and the acts of defendant mentioned above are the same acts of which plaintiff complains.

## EIGHTEENTH AFFIRMATIVE DEFENSE

AS AND FOR AN EIGHTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

The plaintiff willfully and wrongfully provoked the altercation in which he was involved, and said provocation by plaintiff was a cause of the injuries and damages allegedly sustained.

## NINETEENTH AFFIRMATIVE DEFENSE

AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

This answering defendant, a public entity, is immune from liability pursuant to California Government Code sections 800 et seq.

## PRAYER

WHEREFORE, defendants pray that plaintiff takes nothing by way of the complaint on file herein and that defendants have judgment for their costs, attorneys' fees and for such other and further relief as the court deems proper.

## DEMAND FOR JURY TRIAL

Defendants hereby demand a jury trial.

Respectfully submitted,

Dated:  May 21, 2026          ALLEN, GLAESSNER,
                              HAZELWOOD & WERTH, LLP


By:  _/s/ Dale L. Allen, Jr._____
     DALE L. ALLEN, JR.
     PHILIP J. DOWNS, JR.
     Attorneys for Defendant
     CITY OF REDDING and BAILEY ODELL

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

13

ANSWER
2:26-CV-01665-TLN-DMC

1425341.1